IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:14-CV-198-WKW |
| | )   [WO] |
| ALABAMA DEPARTMENT OF | ) |
| PUBLIC HEALTH and STATE | ) |
| OF ALABAMA PERSONNEL | ) |
| DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 11, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 96.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Defendants' motions for summary judgment (Docs. # 85, 87) are GRANTED.

A separate final judgment will be entered.

DONE this 9th day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE